Same case below, 581 F.3d 47.

### No. 09-1412. Paraguay Humanitarian Foundation, Inc., fka CQZ Humanitarian Foundation, Inc., et al., Petitioners v. Banco Central Del Paraguay, et al.

561 U.S. 1038, 130 S. Ct. 3523, 177 L. Ed. 2d 1115, 2010 U.S. LEXIS 5266.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 366 Fed. Appx. 250.

### No. 09-9345. Johnnie Washington, Petitioner v. Harold Graham, Superintendent, Auburn Correctional Facility.

561 U.S. 1039, 130 S. Ct. 3503, 177 L. Ed. 2d 1115, 2010 U.S. LEXIS 5263.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 355 Fed. Appx. 543.

### No. 09-11031. George Tonks, Petitioner v. United States.

561 U.S. 1039, 130 S. Ct. 3528, 177 L. Ed. 2d 1115, 2010 U.S. LEXIS 5288.

June 28, 2010. Petition for writ of certiorari to the United States Court of Ap-

peals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 372 Fed. Appx. 168.

### No. 09-11202. Pirouz Sedaghaty, Petitioner v. United States District Court for the District of Oregon, et al.

561 U.S. 1023, 130 S. Ct. 3536, 177 L. Ed. 2d 1115, 2010 U.S. LEXIS 5497.

June 28, 2010. Motion of petitioner to expedite consideration of the petition for writ of certiorari denied.

### No. 09-11143. In re Willie Ray Bush, Petitioner.

561 U.S. 1023, 130 S. Ct. 3535, 177 L. Ed. 2d 1115, 2010 U.S. LEXIS 5261.

June 28, 2010. Petition for writ of habeas corpus denied.

### No. 09-11178. In re Robert Lenoir, Petitioner.

561 U.S. 1023, 130 S. Ct. 3535, 177 L. Ed. 2d 1115, 2010 U.S. LEXIS 5286.

June 28, 2010. Petition for writ of habeas corpus denied.

### No. 09-9861. In re Akhil Bansal, Petitioner.

561 U.S. 1023, 130 S. Ct. 3505, 177 L. Ed. 2d 1115, 2010 U.S. LEXIS 5280.

June 28, 2010. Petition for writ of mandamus denied.